IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

REX LEE RITCHIE                                                                                        PLAINTIFF

      v.                                       Civil No. 08- 2038

MIKE ALLEN;
JEFF MARVIN;
WATERDOWN;
IRWIN;
ALISON; CHRIS; and
LANGLEY                                                                                                 DEFENDANTS

**O R D E R**

As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before November 24, 2008. Plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

IT IS SO ORDERED this 25th day of September 2008.

                                        /s/ *J. Marschewski*
                                        HONORABLE JAMES R. MARSCHEWSKI
                                        UNITED STATES MAGISTRATE JUDGE