IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

REX LEE RITCHIE                                              PLAINTIFF

v.                          Case No. 08-2038

MIKE ALLEN; JEFF MARVIN;
WATERDOWN; IRWIN; ALISON;
CHRIS and LANGLEY                                           DEFENDANTS

## **ORDER**

Now on this 23rd day of September 2009, there comes on for consideration the report and recommendation filed on September 1, 2009, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas (Doc. 49). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Motion to Dismiss (Doc. 48) is GRANTED, and Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**